STATE v. HALL

No. 40 PC.

Case below: 39 N.C. App. 501.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979.

STATE v. HARTLEY and LEWIS

No. 192 PC.

Case below: 39 N.C. App. 70.

Petition by defendant Lewis for discretionary review under G.S. 7A-31 denied 6 March 1979.

STATE v. JEFFUS

No. 19 PC.

Case below: 39 N.C. App. 260.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 March 1979.

STATE v. JOHNSTON

No. 12 PC.

Case below: 39 N.C. App. 179.

Petition by defendant Johnston for discretionary review under G.S. 7A-31 denied 6 March 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 March 1979.

STATE v. LAMB

No. 9 PC.

Case below: 39 N.C. App. 334.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 March 1979.